UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC PAUL STEVENS, | ) No. SACV 15-1344 AS |
| Plaintiff, | ) **JUDGMENT** |
| v. | ) |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

　　IT IS HEREBY ADJUDGED that the decision of the Administrative Law Judge is AFFIRMED.

Dated: July 28, 2016

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿/s/＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　ALKA SAGAR
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE